# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RACQUEL SINCLAIR VEALS, ET AL      CIVIL ACTION

VERSUS      NO.: 14-670-SDD-RLB

CHRYSLER GROUP, LLC, ET AL

## ORDER

This matter is before the Court *sua sponte*. On October 23, 2014, the plaintiffs filed a Complaint against the defendants alleging a claim pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq*. ("MMWA"). The MMWA "allows litigants to bring breach-of-warranty claims in federal court if the amount in controversy is at least $50,000." *Scarlott v. Nissan North America, Inc*., 771 F.3d 883, 886 (5th Cir. 2014) (citing 15 U.S.C. § 2310(d)(3)(B)).

In the Status Report filed by the parties on March 27, 2015 (R. Doc. 17), one defendant questioned whether the minimal amount in controversy to support federal jurisdiction pursuant to the MMWA is satisfied. Accordingly,

**IT IS ORDERED** that the plaintiffs shall submit a brief or other appropriate filing no later than June 5, 2015, addressing whether the amount in controversy requirement required by the Magnuson-Moss Warranty Act is satisfied or jurisdiction is otherwise appropriate. The brief shall address the Fifth Circuit's decision *Scarlott v. Nissan North America, Inc*., 771 F.3d 883 (5th Cir. 2014). Any defendants may file a reply to any brief or other filing, if desired, within 21 days of such filing without seeking leave of court.

Signed in Baton Rouge, Louisiana, on May 20, 2015.

                                          **RICHARD L. BOURGEOIS, JR.**
                                          **UNITED STATES MAGISTRATE JUDGE**